IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* PHILLIP M. ADAMS,<br><br>Plaintiffs,<br><br>v.<br><br>DELL COMPUTER CORPORATION, *et al.*,<br><br>Defendants. | Case No. 15-cv-00608-TFH<br><br><br><br><br><br>**FILED UNDER SEAL** |

## UNITED STATES OF AMERICA'S NOTICE OF DECLINATION

Pursuant to § 3730(b)(4)(B) of the False Claims Act, as amended, 31 U.S.C. §§ 3729 *et seq.*, the United States of America hereby notifies the Court that it is declining to intervene in this *qui tam* action at this time.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or any defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that Orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts; to intervene in this action, for good cause, at a later date; and to seek

the dismissal of the relator's action or claims. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed, along with all future filings. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States's investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed Order is submitted with this Notice.

Dated: September 23, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

VINCENT H. COHEN, JR.
Acting United States Attorney

DANIEL F. VAN HORN (D.C. Bar # 924092)
Chief, Civil Division

THEODORE L. RADWAY (D.C. Bar #473034)
Assistant United States Attorney
555 4th Street, NW – Room E4913
Washington, DC 20530
Tel: 202.252.7874
Fax: 202.252.2599
ted.radway@usdoj.gov

MICHAEL GRANSTON
SARA MCLEAN
DAVID TYLER
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Tel: 202.305.3988
david.w.tyler2@usdoj.gov