UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* PHILLIP M. ADAMS,<br><br>                              Plaintiffs,<br>v.<br><br>DELL COMPUTER CORPORATION,<br>*et. al.*,<br><br>                              Defendants. | Civil Action No. 15-00608 (TFH) |

## ORDER

In accordance with matters discussed during the motions hearing held on June 30, 2016, and for the reasons set forth from the bench during the hearing, it hereby is

**ORDERED** that Relator's Motion to Extend the Seal Requested by the Department of Justice to Include the Complaint and Its Attachments [ECF No. 6] is **DENIED**. Accordingly, it further is

**ORDERED** that

1. The Complaint and its attachments be unsealed and served upon the defendants by the Relator;

2. All filings that occurred in this action between the filing of the Complaint and the United States of America's Notice of Declination (*i.e.,* ECF Nos. 2-4) shall remain under seal and shall not be made public or served upon the defendants;

3. The seal be lifted as to the United States of America's Notice of Declination [ECF No. 5] and all documents filed thereafter;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

- 2 -

5. The parties shall serve all notices of appeal upon the United States;

6. All orders entered in this action shall be sent to the United States; and

7. Should the Relator or any defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States prior to ruling on or granting its approval.

**IT IS SO ORDERED**.

June 30, 2016

_____
Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE